No. 00–574. FODOR *v.* UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA (TIME WARNER INC. ET AL., REAL PARTIES IN INTEREST). C. A. 9th Cir. Certiorari denied.

No. 00–580. MEMBERS OF THE FLORIDA FIRST COAST CHAPTER, NATIONAL BUSINESS LEAGUE *v.* CITY OF JACKSONVILLE. C. A. 11th Cir. Certiorari denied.

No. 00–609. BETHLEHEM STEEL CORP. ET AL. *v.* HARTE. C. A. 3d Cir. Certiorari denied.

No. 00–614. BRADY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–625. BAINS *v.* CAMBRA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–657. MAYERS *v.* TENNESSEE BOARD OF REGENTS ET AL. C. A. 6th Cir. Certiorari denied.

No. 00–672. RISTOVSKI *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 00–681. CALHOUN ET UX. *v.* YAMAHA MOTOR CORP., U. S. A., ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–698. HICKS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–710. RANSOM *v.* CSC CONSULTING, INC., DBA CSC INDEX. C. A. 7th Cir. Certiorari denied.

No. 00–715. ROBERTSON *v.* COMPTROLLER OF THE TREASURY OF MARYLAND. C. A. 4th Cir. Certiorari denied.

No. 00–729. BROTHERS CONSTRUCTION COMPANY OF OHIO, INC., ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–5077. BUCHANAN *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.